**SAO**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**SHANNON L. FLOYD, ESQ.**
Nevada Bar No. 9016
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
Attorney for Defendant,
WALGREEN CO., erroneously sued as
WALGREEN COMPANY dba WALGREENS

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONALD AIJALA, an individual; ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 2:26-cv-01306-GMN-MDC |
| vs. ) | DEPT NO.: 25 |
| ) | |
| WALGREENS COMPANY dba ) | |
| WALGREENS, a foreign corporation; ) | |
| DOES I through X, inclusive; and ROE ) | |
| BUSINESS ENTITIES I through X, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND FOR PLAINTIFF TO FILE REPLY

Plaintiff DONALD AIJALA, and Defendant WALGREENS COMPANY dba WALGREENS, by and through their respective counsel of record, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, to extend the briefing deadlines concerning Plaintiff's Motion to Remand. In support of this Stipulation, the parties state as follows:

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1. Plaintiff filed the Motion to Remand on May 27, 2026.

2. Defendant's current deadline to file its Opposition to Plaintiff's Motion to Remand is June 10, 2026.

3. Plaintiff's current deadline to file its Reply in support of Plaintiff's Motion to Remand is June 17, 2026.

4. This is the first request for an extension of the foregoing briefing deadlines.

Good cause exists for the requested extension as Defendant requires additional time to prepare its opposition to Plaintiff's Motion to Remand. The parties further agree that Plaintiff's reply deadline should be correspondingly extended to allow Plaintiff adequate time to prepare his reply after the filing of Defendant's opposition.

//

//

//

//

//

//

//

//

2

Accordingly, the parties stipulate and agree that:

Defendant's deadline to file its Opposition to Plaintiff's Motion to Remand shall be extended by six (6) days, from June 10, 2026, to June 16, 2026; and

Plaintiff's deadline to file its Reply in support of the Motion to Remand shall be extended by seven (7) days, from June 17, 2026, to June 23, 2026.

This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

June 10, 2026.                                    June 10, 2026.

**HUTCHINGS LAW GROUP**              **RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/ Mark H. Hutchings                      /s/ Shannon L. Floyd
_____          _____
Mark H. Hutchings, Esq.                **GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 12783                   Nevada Bar No. 5748
John B. Lanning, Esq.                     **SHANNON L. FLOYD, ESQ.**
Nevada Bar No. 15585                   Nevada Bar No. 9016
**HUTCHINGS LAW GROUP**              **RANALLI ZANIEL FOWLER & MORAN, LLC**
400 S. Fourth Street, Ste. 550
Las Vegas, Nevada 89119               2340 W. Horizon Ridge Parkway, #100
*Attorneys for Plaintiff*                   Henderson, Nevada 89052
                                                 Telephone: (702) 477-7774
                                                 ranalliservice@ranallilawyers.com
                                                 *Attorneys for Defendant,*
                                                 *WALGREEN CO., erroneously sued as*
                                                 *WALGREEN COMPANY dba WALGREENS*

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

3

**ORDER**

IT IS SO ORDERED that Defendant's deadline to file its Opposition to Plaintiff's Motion to Remand is extended to June 16, 2026.

IT IS FURTHER ORDERED that Plaintiff's deadline to file a Reply in support of the Motion to Remand is extended to June 23, 2026.

DATED this 10th day of June 2026.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/ Shannon L. Floyd
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**SHANNON L. FLOYD, ESQ.**
Nevada Bar No. 9016
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
Telephone: (702) 477-7774
ranalliservice@ranallilawyers.com
*Attorney for Defendant,*
*WALGREEN CO., erroneously sued as*
*WALGREEN COMPANY dba WALGREEN*

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2340 W. HORIZON RIDGE PARKWAY, SUITE 100*
*HENDERSON, NEVADA 89052*
*TELEPHONE: (702) 477-7774 FAX: (702) 477-7778*

4

| From: | Mark Hutchings |
|---|---|
| To: | Michaela Maestas; Jennafer Hardy; Helen Buenrostro; John Lanning; Legal Assistant |
| Cc: | Shannon Floyd; e1ecc231e+matter1855979345@maildrop.clio.com |
| Subject: | RE: Aijala v. Walgreen Co. |
| Date: | Wednesday, June 10, 2026 4:32:11 PM |

Approved.

Thank you,

Mark H. Hutchings, Esq.
Hutchings Law Group

This electronic message contains information from the law firm of Hutchings Law Group, LLC. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at mhutchings@hutchingslawgroup.com

**From:** Michaela Maestas <mmaestas@ranallilawyers.com>
**Sent:** Wednesday, June 10, 2026 4:20 PM
**To:** Jennafer Hardy <jhardy@ranallilawyers.com>; Mark Hutchings <mhutchings@hutchingslawgroup.com>; Helen Buenrostro <helen@hutchingslawgroup.com>; John Lanning <john@hutchingslawgroup.com>; Legal Assistant <assistant@hutchingslawgroup.com>
**Cc:** Shannon Floyd <sfloyd@ranallilawyers.com>; e1ecc231e+matter1855979345@maildrop.clio.com
**Subject:** RE: Aijala v. Walgreen Co.


Hello Mark,

Attached is the SAO to Extend Deadlines for your review. Also it is okay for you to change the date of reply per Shannon L. Floyd.

**Michaela Maestas**
Paralegal
**Ranalli Zaniel Fowler & Moran, LLC**
2340 W. Horizon Ridge Pkwy., Suite 100
Henderson, NV 89052
702.477.7774 ext.110  - Phone
702.477.7778 – Fax
NOTICE: The above information is for the sole use of the intended recipient and contains information belonging to Ranalli & Zaniel, LLC which is confidential and may be legally privileged. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any printing, copying, distribution, use or taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately (1) notify the sender by reply e-mail; (2) call our office at (702) 477-7774 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.
In accordance with Internal Revenue Service Circular 230, we advise you that if this e-mail contains any