**SAO**
Mark H Hutchings, Esq.
Nevada Bar No. 12783
John B. Lanning, Esq.
Nevada Bar No. 15585
**HUTCHINGS LAW GROUP**
2501 Fire Mesa Street, Suite 250
Las Vegas, Nevada 89128
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
John@HutchingsLawGroup.com
*Attorneys for plaintiff*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD AIJALA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS COMPANY dba WALGREENS; a Foreign Corporation, DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01306-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY [FIRST REQUEST]** |

Plaintiff Donald Aijala ("Plaintiff") and Defendant Walgreens Company dba Walgreens ("Defendant") (jointly referred to as ***"Parties"),*** pursuant to Fed. R. Civ. P. 16(b)(4), L.R. 16-1 and L.R. 26-3, respectfully submit this Stipulation and joint Motion to Modify the Scheduling Order and Continue Discovery Deadlines and Related Pre-Trial Dates. This is the Parties' first joint request to modify the current Scheduling Order (***"Scheduling Order")*** (ECF No. 13).

## I. INTRODUCTION

By this stipulation and joint motion, the Parties request that the Court modify the scheduling order to continue the discovery cut-off, dispositive motion deadline and related pre-trial dates. Good cause exists to grant continuance, as the parties have been actively preparing their respective cases and otherwise advance this litigation.

Plaintiff has moved to Remand (ECF No. 7) and that motion is now fully briefed and awaiting the Court's decision. Under the current Scheduling Order, however, the Parties are fast approaching the deadlines. To accommodate the pending motion to Remand and the completion of discovery, the Parties seek to modify the Scheduling Order.

## II. RELEVANT PROCEDURAL HISTORY

### A. THE STATUS OF THE OPERATIVE PLEADINGS

Defendant filed a Notice of Removal of Action Under 28 U.S.C. § 1441 (B) (DIVERSITY) ECF NO. 1on April 27, 2026. Plaintiff filed its Motion to Remand ECF No. 7. The Parties await the Court's ruling on the Motion to Remand. The Parties have submitted a Stipulated Discovery Plan and Scheduling Order Special Scheduling Review Requested (ECF No. 12). The Court approved the current Scheduling Order on July 15, 2026 (ECF No. 13) and set forth therein the discovery cut-off dates and related pre-trial deadlines for dispositive motion practice and pre-trial filings.

### B. THE STATUS OF DISCOVERY

Pursuant to L.R. 26-3, the Parties provide the following recitation regarding discovery in this matter. The Parties, while litigating issues related to the pleadings, have also been engaged in discovery. Plaintiff (on July 23, 2026) exchanged his initial disclosures. Defendant then sent its First Set of Request for Production, First Set of Request for Admissions and Interrogatory Request on August 14, 2026. On September 14, 2026, Plaintiff responded to the First Set of Request for Admission. On September 21, 2026, Plaintiff responded to the First Set of Request for Production and Interrogatory Request. Plaintiff has since served Requests for Admission, Interrogatories, and Requests for Production upon Defendant.

The Parties anticipate engaging in more discovery once the Court rules on the Motion to Remand. This discovery may include further written discovery, fact witness depositions, PMK depositions, and expert discovery and depositions.

## III. GOOD CAUSE EXISTS TO MODIFY THE SCHEDULING ORDER

Rule 16 of the Federal Rules of Civil Procedure provides that a scheduling order may be modified "for good cause and with judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause" standard looks to the "reasonable diligence" of the moving parties. *Noyes v Kelly Services,* 488 F.3d

HUTCHINGS LAW GROUP
2501 FIRE MESA STREET, SUITE 250
LAS VEGAS, NEVADA 89128

HUTCHINGS LAW GROUP
2501 FIRE MESA STREET, SUITE 250
LAS VEGAS, NEVADA 89128

1163, 1174, n.6 9th Cir. 2007). The Parties agree and submit that good cause exists to modify the Scheduling Order to continue the discovery deadline and pre-trial deadlines.

Given the procedural posture of the case, the Parties request the Court modify the Scheduling Order to continue the discovery and pre-trial deadlines in accordance with the following agreed upon schedule. The current deadlines in the Scheduling Order are:

(1) Expert Disclosure Deadline: November 20, 2026

(2) Expert Rebuttal Disclosure Deadline: December 21, 2026

(3) Discovery Deadline: January 19, 2027

(4) Dispositive Motion Deadline: February 18, 2027

(5) Pre-Trial Deadline: March 22, 2027

The Parties have stipulated and agreed to the following modification to the Scheduling Order to accommodate the pending Motion to Remand and allow additional time to conduct depositions:

(1) Modified Expert Disclosure Deadline: **February 18, 2027**

(2) Modified Expert Rebuttal Disclosure Deadline: **March 22, 2027**

(3) Modified Discovery Deadline: **April 19, 2027**

(4) Modified Dispositive Motion Deadline: **May 19, 2027**

(5) Modified Pre-Trial Deadline: **June 21, 2027**

This modification and extension will allow the Parties to complete discovery, including depositions, and motion practice amongst themselves and to complete the remaining discovery necessary to prepare this matter for final adjudication.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. CONCLUSION

For these reasons, the Parties stipulate and jointly motion the Court to modify the Scheduling Order to continue the discovery deadlines and all pre-trial deadlines.

| | |
|---|---|
| */S/ JOHN B. LANNING*<br>______________________________<br>Mark H. Hutchings, Esq.<br>Nevada Bar No. 12783<br>John B. Lanning, Esq.<br>Nevada Bar No. 15585<br>**HUTCHINGS LAW GROUP**<br>2501 Fire Mesa Street, Suite 250<br>Las Vegas, Nevada 89128<br>Attorneys For Plaintiff | */S/ SHANNON L. FLOYD*<br>______________________________<br>George M. Ranalli, Esq.<br>Nevada Bar No. 5748<br>Shannon L. Floyd, Esq.<br>Nevada Bar No. 9016<br>**RANALLI ZANIEL FOWLER & MORAN**<br>23440 West Horizon Ridge Parkway, #100<br>Las Vegas, Nevada 89052<br>Attorneys For Defendant |

**IT IS SO ORDERED:**

____________________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 4, 2026

HUTCHINGS LAW GROUP
2501 FIRE MESA STREET, SUITE 250
LAS VEGAS, NEVADA 89128